UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
AT GREENVILLE

JIM'S PAWN SHOP, INC.,
d/b/a JIM'S GUN JOBBERY
and JPS OF WILMINGTON
d/b/a JIM'S PAWN & GUN,
**Plaintiffs**

      v.                                      JUDGMENT IN A CIVIL CASE
                                                CASE NO. 5:05-CV-525-H3
                                                        7:05-CV-142-H2

CARLTON BOWERS, Director
of Industry Operations, Charlotte
Field Division, Bureau of Alcohol,
Tobacco, Firearms and Explosives,
**Defendants**

\_\_\_\_\_ **Jury Verdict.**  This action came before the curt for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_**x**\_ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

                IT IS ORDERED AND ADJUDGED that respondent was without authority to revoke petitioners' licenses and ORDERS that respondent's previously issued orders revoking petitioners' federal firearms licenses ARE hereby OVERRULED AND SET ASIDE.

SO ORDERED - /s/ Malcolm J. Howard, Senior United States District Judge

**This judgment filed and entered on September 16, 2008 and counsel served by Notice of Electronic Filing.**


**Electronic Notification Sent To:**
**H. Gerald Beaver**
**S. Katherine Burnette**


September 16, 2008                                                  /s/ Dennis P. Iavarone
Date                                                                       Clerk of Court